# PER CURIAM OPINIONS DELIVERED BY THE SUPREME COURT OF THE UNITED STATES FROM OCTOBER 12, 1908, TO FEBRUARY 23, 1909.

## BILIK *v.* STRASSHEIM, SHERIFF OF COOK COUNTY, ILLINOIS.

### APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF ILLINOIS.

No. 445. Motion to dismiss or affirm.—Submitted October 13, 1908.—Decided October 19, 1908.

Appeal from judgment of Circuit Court, denying petition for writ of *habeas corpus* where petitioner was held under process of the state court, dismissed for want of jurisdiction. There was no certificate of probable cause for allowing the appeal as required by the act of March 10, 1908, c. 76, 35 Stat. 40.[1]

*Mr. Francis E. Hinckley* and *Mr. S. S. Gregory* for appellant.

*Mr. John J. Healy,* State Attorney, *Mr. Erasmus C. Lindley* and *Mr. James J. Barbour* for appellee.

*Per Curiam:* Dismissed for want of jurisdiction.

---

[1] The act in question is as follows:

CHAP. 76.—An Act Restricting in certain cases the right of appeal to the Supreme Court in *habeas corpus* proceedings.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That from a final decision by a court of the United States in a proceeding in *habeas corpus* where the detention complained of is by virtue of process issued out of a state court no appeal to the Supreme Court shall be allowed unless the United States court by which the final decision was rendered or a justice of the Supreme Court shall be of opinion that there exists probable cause for an appeal, in which event, on allowing the same, the said court or justice shall certify that there is probable cause for such allowance.

Approved, March 10, 1908, 35 Stat. 40.